## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Daniel MCLAURIN, Antiquez LINDSEY, and Robert HAMILTON

I, Alfredo Garza, declare and state as follows:

On April 22, 2022, United States (U.S.) Border Patrol Agents (BPAs) were working their assigned duties at the United States Border Patrol Checkpoint, located at mile-marker 29 on U.S. Interstate Highway 35 (IH-35) near Laredo, Texas in Webb County. At approximately 8:40 p.m., a white tractor-trailer hauling a flatbed approached the primary lane for an immigration inspection.

Upon the vehicle arriving at the primary lane, the BPA noticed the driver, Daniel MCLAURIN, had the window rolled up and had the door closed. The BPA signaled MCLAURIN to open the door and he opened the door just enough to communicate. The BPA asked MCLAURIN if he was the only person in the tractor, and he leaned back, and the BPA observed Robert Isaih HAMILTON sitting on the passenger seat. The BPA asked MCLAURIN if there was anyone else in the vehicle and he replied there was no one else. The BPA asked MCLAURIN and HAMILTON if they were United States citizens (USC) and they replied yes. The BPA asked for consent to perform a non-intrusive vehicle scan utilizing Leidos XML. MCLAURIN gave a verbal consent to the non-intrusive scan. During the scan there was an anomaly consistent with the outline of human bodies within the tractor in the sleeper portion of the cab. The BPAs stopped the tractor trailer and detained MCLAURIN and HAMILTON. The BPAs then searched the cab and found Antiquez Deeandre LINDSEY talking on the cellular phone along with 7 subjects hiding under blankets on the sleeper area. All subjects were escorted into the checkpoint for a further immigration inspection. The seven subjects were questioned about their citizenship and admitted to being illegally present in the country without any proper documentation to be or remain in the United States. All subjects including MCLAURIN, HAMILTON, and LINDSEY were placed under arrest and remained inside the checkpoint for further processing.

Robert Isaih HAMILTON was read his Miranda Rights and he acknowledged by signing Service Form I-214. HAMILTON invoked his right to remain silent and refused to provide a statement without a lawyer present.

Antiquez Deeandre LINDSEY was read his Miranda Rights, and he acknowledged by signing Service Form I-214. LINDSEY agreed to provide a statement without a lawyer present. LINDSEY stated he drove with MCLAURIN and HAMILTON to Del Rio, Texas to drop off a workload. LINDSEY stated they then went to Laredo, Texas to pick up a workload. He stated two men approached MCLAURIN and HAMILTON and he believed they made some sort of drug deal. LINDSEY stated they stopped at a gas station to get some food and when he got back in the tractor there were several people in the sleeper area. He stated he sat between the driver and passenger seat with the subjects behind him. LINDSEY stated he believed the subjects were from Mexico due to them being near the border.

Daniel MCLAURIN was read his Miranda Rights, and he acknowledged by signing Service Form I-214. MCLAURIN agreed to provide a statement without a lawyer present. MCLAURIN stated he drove with HAMILTON and LINDSEY to Del Rio, Texas but then they had to drive to Laredo, Texas for a backhaul. He stated they then drove to a gas station to buy some food. MCLAURIN stated as they walked in the gas station, they were approached by two subjects asking them if they wanted to make some extra money. He stated they decline the offer and as they exited the gas station, they were reapproached by the two subjects asking them if they could take some people to San Antonio, Texas. MCLAURIN stated several people started to get in the tractor though the passenger side door. He stated HAMILTON and LINDSEY were in the tractor and observed the people getting in. MCLAURIN state they were going to get paid $100 dollars for each person they transported to San Antonio, Texas

Brian VILLANUEVA-Villanueva, a national of Mexico, is serving as a material witness in the case. VILLANUEVA-Villanueva stated he made an illegal entry into the U.S. by crossing the Rio Grande River on April 22, 2022. He made the arrangements to be crossed into the United States for $3,000 United States Dollars (USD) and was going to pay an additional $3,000 USD once he arrived at Houston (Texas). After crossing the river, he was picked up and taken to a house. VILLANUEVA-Villanueva stated an unknown men picked him up from the house along with six other subjects and took him to a truck stop. He stated a tall man with a beard instructed them to get in the bed area of a white tractor.

VILLANUEVA-Villanueva stated he observed MCLAURIN in the driver seat and a dark skin man wearing a dark shirt with sandals on the passenger seat. VILLANUEVA-Villanueva stated MCLAURIN, and the passenger knew the six subjects and himself were in the tractor. VILLANUEVA-Villanueva was able to positively identify Daniel MCLAURIN, as the driver via a six-person photo lineup.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of April, 2022 at Laredo, Texas.

Alfredo Garza
Border Patrol Agent
United States Border Patrol